## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN LEO, <br><br>                 Plaintiff, <br><br>     v. <br><br> LD HOLDINGS, INC. <br> f/k/a LEISURE DIRECT, Inc. and <br> JOHN AYLING, <br><br>              Defendants. | **Civil Action No.:** <br> **1:06-cv-13566-DAB** <br><br><br> **NOTICE OF MOTION** <br> **TO VACATE JUDGMENT** <br> **AND DISMISS COMPLAINT** |

To:  Gozov Ofsink, LLC.
      Gregory P. Vidler, Esq. (GV7238)
      600 Madison Avenue, 14th Fl.
      New York, NY 10022
      212.371.8008

    **PLEASE TAKE NOTICE** that the undersigned attorney for Defendant LD

Holdings Inc. (f/k/a Leisure Direct, Inc.) hereby moves before the United States

District Court, Southern District of New York, for an Order to Vacate the Judgment

against defendant Leisure Direct Inc. pursuant to F.R.C.P. 60(b)(4) as said

judgment is void because the underlying note imposes a rate of interest exceeding

25% per annum, violating New York Penal Law §190.40, and that the note is void

*ab initio*, as a matter of law, pursuant to New York G.O.L §5-511, and to Dismiss

Plaintiffs' complaint pursuant to Fed. Rule Civ. Pro, 12(c) with prejudice.

**PLEASE TAKE FURTHER NOTICE** that Defendant LD Holdings Inc. f/k/a

Leisure Direct, Inc. will rely on the Brief and Declaration filed in support of this

motion identified in the Certificate of Service.

A proposed form of Order is attached.

By:   /S/ Mark R. Basile
Mark R. Basile, Esq. (MB2201)
**THE BASILE LAW FIRM P.C.**
*Attorney for Defendant LD Holdings Inc.*
68 S. Service Rd., Ste. 100
Melville, New York, 11747
516.455.1500
(f) 631.498.0478
mark@thebasilelawfirm.com