

At the United States District Court, Southern District of New York, held at the United States Courthouse, 500 Pearl Street, Room 2510, New York, NY 10007 on October__,2017.

PRESENT:

    HON. DEBORAH A. BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
JOHN C. LEO,

                                  Plaintiff,

    -against-

LEISURE DIRECT, INC., a Nevada Corporation, and JOHN AYLING, an Individual,

                                Defendants.
-------------------------------------------------------------------X

Case No.: 06-cv-13566 (DAB)

**SO-ORDERED STIPULATION OF SUBSTITUTION OF COUNSEL**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Carmel, Milazzo & DiChiara LLP be and hereby is substituted as counsel of record to Plaintiff John C. Leo in the above-captioned matter, and that all future pleadings and other papers should be served upon Carmel, Milazzo & DiChiara LLP at the address indicated below.

SIGNATURE PAGE FOLLOWS

Dated:   New York, New York
         October 4, 2017

                                     CARMEL, MILAZZO & DICHIARA LLP

                                     Ross David Carmel, Esq.
                                     261 Madison Avenue, 9th Floor
                                     New York, NY  10016
                                     Tel:    (212) 658-0458
                                     rcarmel@cmdllp.com
                                     *Substitute Attorneys for Plaintiff*


                                     GUZOV, LLC

                                     Debra J. Guzov, Esq.
                                     805 Third Avenue, 8th Floor
                                     New York, NY 10022
                                     Tel:    (212) 371-8008
                                     dguzov@guzovllc.com
                                     *Former Attorneys for Plaintiff*

                                     JOHN C. LEO

                                     By:  John C. Leo
                                     Title:

**PETER DICHIARA**
Notary Public, State of New York
No. 02DI6276236
Qualified in Westchester County
Commission Expires February 11, 2021

On 10/4/17, the foregoing appeared before me and acknowledged that the above represents his/her true signature.

_____
Notary Public


SO ORDERED:

                          Deborah A. Batts
                          Hon. Deborah A. Batts

10/18/17